**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for the Operating Engineers Local 66 Contribution Account,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEGHENY HIGH LIFT, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 17-621 |

## MOTION TO SETTLE AND DISCONTINUE

Plaintiff moves to settle and discontinue the action against the Defendant, Allegheny High Lift, Inc. in the above-referenced matter.

　　　　　　　　　　　　　　　　　　　　TUCKER ARENSBERG, P.C.


　　　　　　　　　　　　　　　　　　　　*/s/  Jeffrey J. Leech*
　　　　　　　　　　　　　　　　　　　　Jeffrey J. Leech, Esquire
　　　　　　　　　　　　　　　　　　　　PA ID# 19814
　　　　　　　　　　　　　　　　　　　　1500 One PPG Place
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Settle and Discontinue was served by first class, U.S. mail this 19th day of May, 2017, upon the following:

Allegheny High Lift, Inc.
757 South Main Street
Greensburg, PA  15601


*/s/ Jeffrey J. Leech*
Jeffrey J. Leech

LIT:623496-1 017020-156441