# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for the Operating Engineers Local 66 Contribution Account, | Civil Action No. 17-621 |
| Plaintiff, | |
| v. | |
| ALLEGHENY HIGH LIFT, INC., | |
| Defendant. | |

## ORDER OF COURT

AND NOW, to wit, this __19th__ day of __May__, 2017, it is hereby ORDERED that the above-referenced case is DISCONTINUED as to the Defendant, Allegheny High Lift, Inc.

_____
United States District Court Judge

LIT:623498-1 017020-156441